AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Francis Joseph Vitollo | ) Case: 1:24-mj-169 |
|  | ) Assigned To: Magistrate Judge Robin M. Meriweather |
|  | ) Assign. Date: 5/10/2024 |
|  | ) Description: COMPLAINT WITH ARREST WARRANT |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Francis Joseph Vitollo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date:     05/10/2024                                                             2024.05.10 16:17:35 -04'00'
                                                                                         *Issuing officer's signature*

City and state:     Washington, D.C.                                      Robin M. Meriweather, U.S. Magistrate Judge
                                                                                         *Printed name and title*

**Return**

This warrant was received on *(date)* 5/10/2024, and the person was arrested on *(date)* 5/15/2024
at *(city and state)* Albany, New York.

Date: 5/16/2024

*Arresting officer's signature*

Brad Theroux, Special Agent
*Printed name and title*